**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**ROBERT ELEZANDO DIAZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT ELEZANDO DIAZ, ) <br> ) <br> Defendant. ) <br> _____ ) | **CASE NO. 1:06-CR-00288-01-OWW** <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

   Defendant ROBERT ELEZANDO DIAZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAWRENCE W. RICE, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, May 21, 2007, at 9:00 a.m. be continued to Monday, July 23, 2007 at 9:00 a.m. (OWW) in the courtroom for the Honorable Oliver W. Wanger, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

                                             Respectfully submitted,

Dated: 05-16-07                      /s/ Nicholas F. Reyes
                                         NICHOLAS F. REYES
                                         Attorney for Defendant
                                         HECTOR PICHARDO UGALDE

**IT IS SO STIPULATED**

Dated: 05-16-07                      /s/ Dawrence W. Rice
                                         DAWRENCE W. RICE
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    May 17, 2007**                **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE